# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **BRETT KEITH SWORD,** ) | Civil Action No. 7:18-cv-00116 |
| Plaintiff, ) | |
| ) | **MEMORANDUM OPINION** |
| v. ) | |
| ) | By: Norman K. Moon |
| **VIRGINIA DEPARTMENT** ) | Senior United States District Judge |
| **OF CORRECTIONS,** ) | |
| Defendant(s). ) | |

Brett Keith Sword, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered May 24, 2018, the court directed plaintiff to submit within 14 days from the date of the Order an amended complaint which must be a new pleading that stands by itself without reference to a complaint, attachments, or amendments already filed. On June 5, 2018, that Order was returned as undeliverable with no forwarding address. Plaintiff was advised in the May 19, 2018 Order that he shall notify the court in writing immediately upon plaintiff's transfer or release and shall provide a new address. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 14 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This __12th__ day of June, 2018.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE